PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Christopher I. Narvaez
Plaintiff's Name and ID Number

Tarrant County Correction Center (Jail)
Place of Confinement

CASE NO. 4-22CV-873-O
(Clerk will assign the number)

v.

Tarrant County Criminal Courts
Defendant's Name and Address

100 N. Lamar ST
Defendant's Name and Address

Ft Worth TX. 76106
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1. Approximate date of filing lawsuit: N/A

       2. Parties to previous lawsuit:
          Plaintiff(s) N/A
          Defendant(s) N/A

       3. Court: (If federal, name the district; if state, name the county.) N/A

       4. Cause number: N/A

       5. Name of judge to whom case was assigned: N/A

       6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

       7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: TARRANT COUNTY JAIL

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: TARRANT County Criminal Courts TARRANT County Jail.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: TARRANT County Criminal Courts TARRANT County Jail

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: ''

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: ''

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ''

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ''

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Christopher T. Narvaez
Plaintiff's Name and ID Number

Tarrant County Correction Center (Jail)
Place of Confinement

CASE NO. 4-22CV-873-O
(Clerk will assign the number)

v.

Tarrant County Criminal Courts
Defendant's Name and Address

100 N. Lamar ST
Defendant's Name and Address

Ft Worth TX. 76106
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: N/A

        2. Parties to previous lawsuit:
           Plaintiff(s) N/A
           Defendant(s) N/A

        3. Court: (If federal, name the district; if state, name the county.) N/A

        4. Cause number: N/A

        5. Name of judge to whom case was assigned: N/A

        6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

        7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: TARRANT COUNTY JAIL

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: TARRANT County Criminal Courts TARRANT County Jail -

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: TARRANT County Criminal Courts TARRANT County Jail

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: ′′

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: ′′

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ′′

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ′′

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I've been incarcerated I could have paid the bond but it's ~~showed~~ if it wasn't excesive instead of paying the lawyer who ran off with the money 12,000. If I used that for the bond I could paid it been back to work, with my family gaining the community trust again.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I probley can come up with 5,000 and the rest in payments but for know its excessive.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Dariel Hernandez   12,000 paid for lawyer services

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
CID# 0852997   SS# 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

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Tarrant
2. Case number: _____
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?  ___YES  ✓ NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): N/A
2.  Case number: N/A
3.  Approximate date warning was issued: N/A

Executed on: Sept/14/2022
            DATE

X C Narunen
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14__ day of __Sept__, 20 __22__.
            (Day)              (month)         (year)

X C Narunen
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Instructions to a Prisoner *Pro Se* Plaintiff

Your suit _____ was filed on _____ and has been assigned case number _____.

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1. **Filing Procedures** - The Local Civil Rules include the following requirements:

   - You must submit a judge's copy (a paper copy) of any document you file. If you want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.

   - You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2. **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. Promptly file a written change of address notice in your case.

3. **Rules to Follow** - You must read and follow the Court's Local Civil Rules and the Federal Rules of Civil Procedure. Because the presiding judge is authorized to change how certain rules apply, you must read and follow the judge's orders in your case.

4. **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5. **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6. **Copies to Defendant** - After a defendant has been served your complaint, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is pro se). You must serve the opposing side by mail or another manner authorized by FED. R. CIV. P. 5 (b)(2). All documents must contain a Certificate of Service reflecting that you served the opposing side. This is an example of language you may use:

   - I hereby certify that on *Sept 14, 2022* (Date), I forwarded a copy of the foregoing document to *Christopher Narvaez*, the attorney for (Defendant) at the address of *100 N. Lamar*.
   
   X /Signature/ *C. Newberry*

7. **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8. **Questions About Your Case** - Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.

**Mailing Address:**
United States District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Original copy's

## Verification of UNSWORN Declaration

I Christopher I NARVAEZ, Defendant pro se in this cause # 1666884, state the following under penalty: I am a prisoner, # 0852997 currently incarcerated in the Tarrant County Jail in Tarrant County Texas. I am duly Qualified and Authorized in All Respects to make this declaration. I have Read the foregoing Affidavit to Release Surety and declare that I have personnal knowledge of the facts contained therein and said facts are true and correct

Executed in Tarrant County, Texas pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this 5 day of Sept, 2022

x C Narvaey
(signature) Defendant pro se.
x Christopher I. Narvaez
(print name)
CID # 0852997  D.O.B 2/20/9
Address: 100 N LAMAR ST
Ft WoRth TX. 76196
DATE Sept 5. 2022

* Under both federal Law (28 USC §1746) and State (Art 132.001, Texas C.P.R.C. inmates incarcerated in tex may use an UNSWORN Declaration under penalty of perju in place of a written declaration sworn before a Notary public

Original Copys

The State of Texas                    Cause No. 1666884
  vs.                                 § Criminal Court No
Christopher I. Narvaez                § Court, Tarrant
                                      § County, Texas.
                                      §

## Affidavit to Release Surety

To the Honorable Judge of said Court

Come now Christopher I. Narvaez, and respectfully shows to the Court that he is the surety on the appearance bond of the defendant in the above entitled and numbered cause, 1666884 wherein the said defendant has been charged with the offence of Murder, a felony and has not been released on bond and can not come up with the money to pay the bond man fee.

### Prays

The defendant prays to the court for a bond Reduction or release on pre-trial bond where the Defendant will comply and follow the rules as set by pre trial bond.

Respectfully submitting

x C. Narvaez

CID # 0852997   D.O.B. 2/20/22
100 N Lamar St
Ft. Worth TX. 76196
September 5, 2022

ORIGINAL COPY/S

THE STATE OF TEXAS        CAUSE # 1666884
VS.                       ¶ CRIMINAL COURT NO. ____
Christopher I. Narvaez    ¶ COURT, TARRANT
                          ¶ County, Texas
                          ¶
                          ¶

<u>Habeaus Corpus Bond Reduction Motion</u>

To the Honorable Judge of Said Court.

Comes now <u>Christopher I. Narvaez</u>, and respectfully shows to the Court that he is the surety on the appearance <u>bond</u> of the defendant in the above entitled and numbered cause #1666884 wherein the said defendant has been charged with the offence of <u>MURDER</u> _____, a felony and has not been released on bond and cannot come up with the money to pay the bondsman fee.

<u>Prays</u>

The defendant prays to the courts for a bond reduction or release or pretrial bond where the Defendant will comply and follow the rules as set by pre-trial bond.

<u>Respectfully Submitting</u>
X ●C. Narvaez
(signature) Defendant pro se
X Christopher I. Narvaez
(Print Name)    DATE # September 5, 2022
CID # 0852997    P.O.B 2/20/95
Address: 100 North Lamar St.

ORIGINAL COPY

## Verification of Unsworn Declaration

I Christopher I. Narvaez, Defendant pro se in this cause, state the following under penalty: I am a prisoner, # 0852997 currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Habeous Corpus Bond Reduction Motion and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

Executed in Tarrant County, Texas pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC § 1746, on this 5 day of Sept, 2022.

x C Narvaez
(Signature) Defendant pro se.
x Christopher I. Narvaez
(Print Name)
CID# 0852997   D.O.B. 2/20/95
100 N. Lamar St
Address: Ft Worth TX.
Date: September 5, 2022, 76196

*Under both federal law (28 USC § 1746) and state (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an Unsworn Declaration under penalty of perjury in place of a written declaration sworn before a notary public.

ORIGINAL COPY

Saturday September 3, 2022
Christopher Narvaez
Case # 1066884
100 North Lamar St
Ft. Worth TX 76196

Daniel Hernandez
800 Weatherford St.
Ft. Worth TX. 76102

Mr Daniel Hernandez
    Im writing in regards to a getting back a portion of the money that was paid for you Attorney (approx $13,000.00) and all you did on my behalf was a bond reduction. You stayed with this case for about a year and then you withdrew.
    Please come visit me regarding this matter.

Respectfully Submitting

X
Christopher Narvaez, Case #1066884
100 N. Lamar St, Ft. Worth, TX. 76196

Christopher L. Narvaez
CID #085297 Dob.02/20/95
100 N. Lamar St.
Ft Worth TX 76196

United States District Court
501 West 10th Street #310
Ft. Worth TX 76102-36...

NORTH TEXAS TX P&DC
DALLAS TX 750
23 SEP 2022 PM 5 L

7E102-975999

RECEIVED
SEP 27 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

USA ★ FOREVER